# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN HUSTING, et al.,<br><br>        Plaintiff(s)<br><br>v.<br><br>MAPLEBEAR, INC., dba Instacart<br><br>        Defendant(s) | CASE No C 3:16-cv-06921-EMC<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)
  JAMS or another mutually agreeable provider.

> *Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline (*90 days from the date of the order referring the case to ADR, unless otherwise ordered.*)
- ☐ other requested deadline:

Date: 2/9/2017      s/ Julie C. Erickson
                              Attorney for Plaintiff

Date: 2/9/2017      s/ Ben Berkowitz
                              Attorney for Defendant

☐ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS

Date: 2/16/2017

*IT IS SO ORDERED*
*Judge Edward M. Chen*

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-2017